DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BANG JETS, LLC** and
**VITAL PHARMACEUTICALS, INC.**,
Appellants,

v.

**GULFSTREAM AEROSPACE CORPORATION** and
**EXPERT AVIATION, INC.**,
Appellees.

No. 4D21-1621

[February 10, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE-20-013100(07).

Joseph T. Kohn of Quarles & Brady LLP, Naples, for appellants.

Eugene K. Pettis and Debra P. Klauber of Haliczer Pettis & Schwamm, P.A., Fort Lauderdale, and Michael A. Doornweerd, Andrew F. Merrick and Elena M. Olivieri of Jenner & Block, LLP, Chicago, IL, for appellee Gulfstream Aerospace Corporation.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***